PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER TERMINATION OF SUPERVISION

| | |
|---|---|
| **Offender Name:** | Steven Scott HUBER |
| **Docket Number:** | 2:99CR00424-02 |
| **Offender Address:** | Penn Valley, California |
| **Judicial Officer:** | Honorable William B. Shubb<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 12/12/2001 |
| **Original Offense:** | 21 USC 843(b) - Use of Communication Facility to Facilitate the Commission of a Drug Trafficking Crime (CLASS D FELONY) |
| **Original Sentence:** | 48 months custody Bureau of Prisons; 12 months Supervised Release; $10,000 fine; $100 special assessment |
| **Special Conditions:** | Warrantless search; Not dispose of or otherwise dissipate assets until fine is paid in full, unless with prior Court approval; Financial disclosure; Shall not incur new credit charges or open additional lines of credit without the approval of the probation officer; Participate in substance abuse treatment program (inpatient or outpatient) including testing and with a co-payment of $5 per month as directed by the probation officer; Not possess or have access to any paging device or cellular phone without the advance permission of the probation officer, and shall provide all billing records for such devices (whether used for business or personal) to the probation officer upon request; Shall register as required in the jurisdiction which he resides as a drug offender. |

RE:    **Steven Scott HUBER**
       **Docket Number:   2:99CR00424-02**
       <u>**REPORT OF OFFENDER TERMINATION OF SUPERVISION**</u>

| | |
|---|---|
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 10/25/2004 |
| **Assistant U.S. Attorney:** | Mary L. Grad          **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Victor M. Perez       **Telephone:** (559) 625-2626 |
| | Retained |
| **Other Court Action:** | None |

---

Mr. Huber has made regular monthly payments toward his financial obligations since commencing supervision. According to the United States District Court Clerk's Office, he has paid his special assessment of $100 in full. Additionally, he has made payments of $1,800 toward his fine, and is current on payments. Based upon his current earnings and expenses, he is able to pay $250 per month toward his fine obligation. It is estimated by the end of supervision, his fine balance will be $7,450.

**United States Probation Officer Plan/Justification:** Mr. Huber has been noticed and has acknowledged that upon completion of his supervision, the order for fine will become a civil obligation payable through the United States District Court Clerk's Office, and collected by the United States Financial Litigation Unit. Mr. Huber agrees to continue making minimum payments of $250 per month until the Court's order is satisfied. Mr. Huber has remained in compliance with the remaining conditions of his supervision. With these facts in mind, it is recommended that Mr. Huber's term of Supervised Release be allowed to terminate as scheduled on October 24, 2005, without further action of the Court.

**RE:   Steven Scott HUBER**
  **Docket Number:   2:99CR00424-02**
  <u>**REPORT OF OFFENDER TERMINATION OF SUPERVISION**</u>

Respectfully submitted,

/s/ Thomas H. Brown

**THOMAS H. BROWN**
**United States Probation Officer**
Telephone:  (916) 786-6147

**DATED:**      August 8, 2005
                Roseville, California
                thb:cd


**REVIEWED BY:**          /s/ Richard A. Ertola
                **RICHARD A. ERTOLA**
                **Supervising United States Probation Officer**

3

Rev. 04/2005
PROB12A1.MRG

RE:    **Steven Scott HUBER**
       **Docket Number:   2:99CR00424-02**
       **REPORT OF OFFENDER TERMINATION OF SUPERVISION**

**THE COURT ORDERS:**

( X )    The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

Date:  August 15, 2005

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

cc:    United States Probation
       Mary L. Grad, Assistant United States Attorney
       Victor M. Perez, Retained Defense Counsel
       1304 West Center Street
       Visalia, California 93291

Attachment:  Presentence Report   (Sacramento only)